IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

MELISSA DIANE ROYAL,                    )
                                        )
                                        )
         Plaintiff,                     )
                                        )         Civil No. 5:21-CV-041
v.                                      )
                                        )
KILOLO KIJAKAZI[1],                     )
Acting Commissioner of Social Security, )
                                        )
         Defendant.                     )

## ORDER

This matter is before the Court on Plaintiff's motion for summary judgment and

Defendant's motion for remand to the Acting Commissioner.  Plaintiff, through counsel, consents

to Defendant's motion for remand to the Acting Commissioner.

For good cause shown, the Court hereby reverses the Acting Commissioner's decision

under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for

further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v.

Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the

Federal Rules of Civil Procedure.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue
this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §
405(g).

SO ORDERED.

Signed: December 14, 2021

Graham C. Mullen
United States District Judge