UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MELISSA DIANE ROYAL, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 5:21-cv-00041 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response,

IT IS HEREBY ORDERED that **Amelia N. Patton, Esquire** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $13,749.75 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees [s]he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

Signed: December 20, 2023

Graham C. Mullen
United States District Judge